IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KIRK A. CUMMINGS,

       Plaintiff,

vs.                                                                  CASE NO.  1:04cv430-SPM/AK

UNIVERSITY OF FLORIDA,

       Defendant.

_____/

**<u>ORDER</u>**

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation (doc. 16) dated August 2, 2005.  The parties have been furnished a copy and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 16) is ADOPTED and incorporated by reference in this order.

2.    Defendant's Amended Motion to Dismiss (doc. 12) is denied.

3.    This case is remanded to the Magistrate Judge for further

proceedings.

DONE AND ORDERED this 12th day of September, 2005.

_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge