IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KIRK A. CUMMINGS,
    Plaintiff,

vs.                                    CASE NO. 1:04cv430-SPM/AK

UNIVERSITY OF FLORIDA,
    Defendant.
_____/

## ORDER DENYING MOTION TO DISMISS

        This cause comes before the Court on Defendant's Motion to Dismiss with Prejudice for Plaintiff's Failure to Prosecute (doc. 61). Plaintiff, who is proceeding pro se, has made reasonable, diligent efforts to bring his case to trial. With regard to Plaintiff's failure to attend his deposition, the deposition was set after the March 1, 2006, discovery deadline and, as previously stated in the magistrate judge's order (doc. 45), neither party has properly requested that discovery be reopened. The parties were given an additional opportunity to reopen discovery (see doc. 50), but they declined to do so. The time for resolving discovery disputes has passed. Accordingly, it is

        ORDERED AND ADJUDGED that Defendant's Motion to Dismiss with Prejudice for Plaintiff's Failure to Prosecute (doc. 61) is denied.

        DONE AND ORDERED this 7th day of March, 2008.

                          *s/ Stephan P. Mickle*
                          Stephan P. Mickle
                          United States District Judge