IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KIRK A. CUMMINGS,

    Plaintiff,

vs.                      CASE NO. 1:04cv430-SPM/AK

UNIVERSITY OF FLORIDA,

    Defendant.

_____/

## ORDER ON PUNITIVE DAMAGES

This cause comes before the Court on Defendant's motion to strike (doc. 67) Plaintiff's proposed jury instructions and verdict form, which contain references to punitive damages.

Punitive damages are not available in this Title VII case because Defendant is a government agency. 42 U.S.C. § 1981a(b); <u>Biggs v. State of Florida, Board of Regents</u>, No. 1:96-cv-185-MMP, 1998 WL 344349, *2, 11 Fla. L. Weekly Fed. D. 777 (N.D. Fla. June 11, 1998). Accordingly, it is

ORDERED AND ADJUDGED that Defendant's motion to strike (doc. 67) is granted in so far as no jury instruction or verdict form referencing punitive damages will be submitted to the jury.

DONE AND ORDERED this 7th day of April, 2008.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge