IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KIRK A. CUMMINGS,

    Plaintiff,

v.                                    CASE NO.: 1:04cv430-SPM/AK

UNIVERSITY OF FLORIDA,

    Defendant.
_____/

## ORDER IMPOSING SANCTIONS

This cause comes before the Court on Defendant's motion for sanctions (doc. 72), Plaintiff's response to the motion (doc. 84), Plaintiff's response to the Court's order to show cause (doc. 75), and Defendant's reply (doc. 76).

A limited sanction equivalent to the expense Defendant incurred for attendance at the pretrial conference ($348.50 attorney fees and $134.00 milage costs) is appropriate to address Plaintiff's failure to attend the pretrial conference and failure to provide notice to Defendant and the Court. Plaintiff's illness days before the pretrial conference does not excuse his failure to request a cancellation and continuance. Accordingly it is

ORDERED AND ADJUDGED:

1.    Defendant's motion for sanctions (doc. 72) is granted in part.

2.     The clerk shall enter judgment against Plaintiff in favor of Defendant in the amount of $482.50.

DONE AND ORDERED this 30th day of September, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 1:04cv430-SPM/AK